**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

RONALD DAVID WAY                                                     PLAINTIFF

vs.                                CIVIL ACTION NO. 3:14-CV-1020-HTW-LRA

JOHNNY CROCKETT, ET AL.                                DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 78]. Plaintiff has filed no objection. Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The defendants' motions for summary judgment [docket nos. 72 and 74] are granted and plaintiff's complaint is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 18TH day of August, 2015.**

                                                s/ HENRY T. WINGATE
                                                UNITED STATES DISTRICT JUDGE